# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IOSTAR Corporation, a Delaware company,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES STUART, an individual; GEORGE FRENCH, an individual; RICHARD BUSCH, an individual; COMTACT CORPORATION, a Florida company; and SPACE STATION DEVELOPMENT CORPORATION, a Wisconsin company,<br><br>　　　　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER**<br><br>Case No. 1:07cv133 DB<br><br>Judge Dee Benson<br><br>Magistrate Judge David Nuffer |

　　　　The motion to quash[1] filed by William P. Welty, purportedly acting on behalf of SWANsat Holdings, LLC, is DENIED. Mr. Welty is unable to act in this court on behalf of the limited liability company.[2] Further, any motion to quash a subpoena must be filed in the court which issued the subpoena.[3] Finally, the papers filed by Mr. Welty do not conform to local rules as to length.[4]

　　　　IT IS SO ORDERED this 29th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Docket no. 86, filed June 13, 2008.

[2] *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2nd Cir. 2007).

[3] Fed. R. Civ. P. 45(c)(3).

[4] DUCivR7-1(b)(3).